# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

JEROME JACKSON,

     Plaintiff,

v.                                       Case No.: 12-14134

PNC BANK, et al.,

     Defendants.

_____/

## JUDGMENT

In accord with the court's "Opinion and Order," dated August 29, 2013,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

Defendants, PNC Bank, The Federal National Mortgage Association, Wayne

Community Living Services, Wayne County Home Program, James Dehem, and Jill

Ferrari, and against Plaintiff, Jerome Jackson.

Dated at Detroit, Michigan, this 29th day of August, 2013.


                                DAVID J. WEAVER
                                CLERK OF THE COURT


                     BY: S/Holly Monda for Lisa Wagner_____
                                Holly Monda for Lisa Wagner, Deputy
                                Clerk and Case Manager to
                                  Judge Robert H. Cleland