UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEROME JACKSON,

       Plaintiff,

                                                    Case No: 12-14134-DT

vs.

FEDERAL NATIONAL MORTGAGE
ASSOCIATION; PNC BANK; WAYNE
COMMUNITY LIVING SERVICES, ET AL.,

       Defendants.
_____/

## ORDER GRANTING APPLICATION TO PROCEED
## ON APPEAL WITHOUT PREPAYMENT OF FEES AND COSTS

The Plaintiff has filed an "Application to Proceed on Appeal Without Prepayment of Fees" on September 26, 2013 in the above matter. The Court has considered the application and believes that it should be granted, therefore,

IT IS ORDERED that the Plaintiff's "Application to Proceed without Prepayment of Fees" is **GRANTED.**

                                                 S/Robert H. Cleland
                                               ROBERT H. CLELAND
                                               UNITED STATES DISTRICT JUDGE

Dated: October 3, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, October 3, 2013, by electronic and/or ordinary mail.

                                              S/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522